# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN JOSE

FILED
09 MAY -5 PH 2:32

---

UNITED STATES OF AMERICA,

V.

E-filing

**CR 09    0471**

PHILIP GABRIEL PETTERSSON
aka "STAKKATO"

RMW    RS

DEFENDANT(S).

---

## INDICTMENT

VIOLATIONS: 18 U.S.C. §§ 1030(a)(5)(A)(i) & 1030(a)(5)(B)(i), 1030(b) & 1030(c)(4)(A) – Intentionally Causing Damage to a Computer and Attempt; 18 U.S.C. §§ 1832(a)(2), 1832(a)(4) – Theft Of Trade Secrets and Attempted Theft Of Trade Secrets.

SAN JOSE VENUE

---

A true bill.

_____ Foreman

Filed in open court this 5th day of
May 2009

_____ Clerk

Bail, $ NO BAIL ARREST WARRANT

CR09-0471 RMW (RS)

No. _____

CR 09   0471   RMW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

THE UNITED STATES OF AMERICA

vs.

PHILIP GABRIEL PETTERSSON,
aka "STAKKATO"

## INDICTMENT

**COUNT ONE:** 18 United Stated Code §§ 1030(a)(5)(A)(i) & 1030(a)(5)(B)(i), 1030(b) & 1030(c)(4)(A) - Intentionally Causing Damage to a Protected Computer;

**COUNT TWO:** 18 United States Code §§ 1832(a)(2), 1832(a)(4) - Misappropriation of Trade Secrets and Attempted Misappropriation of Trade Secret Violations;

**COUNT THREE:** 18 United States Code §§ 1832(a)(2) & 1832(a)(4) - Misappropriation of Trade Secrets and Attempted Misappropriation of Trade Secret Violations;

**COUNT FOUR:** 18 United States Code §§ 1030(a)(5)(A)(I) & 1030(a)(B)(I), 1030(b) & 1030(c)(4)(A)-Intentionally Causing Damage to a Protected Computer

*A true bill.*

_____
*Foreperson*

Filed in open court this _5th_ day of _May_

A.D. 200_9_

_____
*United States Magistrate Judge*

Bail. $ _____

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHILIP GABRIEL PETTERSSON, ) <br> aka "STAKKATO," ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR 09  0471 <br><br> VIOLATIONS: 18 U.S.C. §§ 1030(a)(5)(A)(i) & 1030(a)(5)(B)(i), 1030(b) & 1030(c)(4)(A) – Intentionally Causing Damage to a Computer and Attempt; 18 U.S.C. §§ 1832(a)(2), 1832(a)(4) – Theft Of Trade Secrets and Attempted Theft Of Trade Secrets. <br><br> **SAN JOSE VENUE** |

INDICTMENT

The Grand Jury charges:

Background

At all times relevant to this matter:

1.   Cisco Systems, Inc. ("Cisco") was a leading computer network equipment provider and a leading producer of internet routers based in San Jose, California.

2.   Cisco developed and utilized routing software, called the Internetwork Operating System ("Cisco IOS"), whose source code was confidential and proprietary information and a trade secret of Cisco. The Cisco IOS source code was used in and for Cisco products which were sold and shipped, and intended to be sold and shipped, in interstate and foreign commerce.

Indictment
[United States v. Philip Gabriel Pettersson]

3. Cisco used reasonable measures to protect the Cisco IOS source code, including physical and electronic security, restricting access to those who needed it to perform their employment duties, implementing data security policies, and requiring non-disclosure agreements by employees.

4. The National Aeronautics and Space Administration ("NASA") was a federal agency dedicated to space exploration, scientific discovery and aeronautics research. Among other things, NASA coordinated and managed the Space Transportation System, which included the Space Shuttle. NASA also oversaw the launch and space flight requirements for civilian and commercial use of the Space Shuttle.

5. The NASA Ames Research Center ("Ames"), located at Moffett Field, California, provided critical support for virtually all NASA missions in support of America's space and aeronautics programs. Ames conducted the critical research and development and developed the enabling technologies that make NASA missions possible.

6. The NASA Advanced Supercomputing ("NAS") Division, also located at Moffett Field, California, supplied some of the world's most powerful supercomputing resources to NASA and U.S. scientists. NAS provided an integrated high-end computing environment to accelerate NASA missions and make revolutionary advances in science. The NAS Division included several high-end supercomputers to meet that need.

7. Defendant Philip Gabriel Pettersson, was a resident of Sweden, and used the online identity "Stakkato," along with other online identities, in committing intrusions and misappropriating trade secrets, and attempting to do so.

COUNT ONE: (18 U.S.C. §§ 1030(a)(5)(A)(i) & 1030(a)(5)(B)(i), 1030(b) & 1030(c)(4)(A) – Intentionally Causing Damage to a Protected Computer)

8. Paragraphs One through Seven are hereby realleged and incorporated by reference as if set forth in full herein.

///

///

///

Indictment
[United States v. Philip Gabriel Pettersson]                2

9. On or about May 12, 2004, and May 13, 2004, in the Northern District of California and elsewhere, the defendant

PHILIP GABRIEL PETTERSSON,
aka "STAKKATO,"

did knowingly cause, and attempt to cause, the transmission of a program, information, code, and command to the computer system and network of Cisco, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, and that damage caused loss resulting from a related course of conduct affecting one or more other protected computers aggregating at least $5,000 in value, and loss to one or more persons during any one-year period, all in violation of Title 18, United States Code, Sections 1030(a)(5)(A)(i), 1030(a)(5)(B)(i), 1030(b) and 1030(c)(4)(A).

COUNT TWO:     (Misappropriation Of Trade Secrets and Attempted Misappropriation Of Trade Secret Violations – 18 U.S.C. §§ 1832(a)(2), 1832(a)(4))

10. Paragraphs One through Seven are hereby realleged and incorporated by reference as if set forth in full herein.

11. On or about May 12, 2004, in the Northern District of California and elsewhere, the defendant

PHILIP GABRIEL PETTERSSON,
aka "STAKKATO,"

with intent to convert trade secrets belonging to Cisco to the economic benefit of someone other than the owner thereof, which trade secrets are related to and included in products that are produced for and placed in interstate and foreign commerce, and intending and knowing that the offense would injure the owner of the trade secret, did knowingly, and without authorization, copy, duplicate, download, upload, replicate, transmit, deliver, send, communicate, and convey a trade secret, that is, Cisco IOS source code, and attempt to do so, all in violation of Title 18, United States Code, Sections 1832(a)(2) and 1832(a)(4).

///
///

COUNT THREE: (Misappropriation Of Trade Secrets and Attempted Misappropriation Of Trade Secret Violations – 18 U.S.C. §§ 1832(a)(2) & 1832(a)(4))

12. Paragraphs One through Seven are hereby realleged and incorporated by reference as if set forth in full herein.

13. On or about May 13, 2004, in the Northern District of California and elsewhere, the defendant

PHILIP GABRIEL PETTERSSON,
aka "STAKKATO,"

with intent to convert trade secrets belonging to Cisco to the economic benefit of someone other than the owner thereof, which trade secrets are related to and included in products that are produced for and placed in interstate and foreign commerce, and intending and knowing that the offense would injure the owner of the trade secret, did knowingly, and without authorization, copy, duplicate, download, upload, replicate, transmit, deliver, send, communicate, and convey a trade secret, that is, Cisco IOS source code, and attempt to do so, all in violation of Title 18, United States Code, Sections 1832(a)(2) and 1832(a)(4).

COUNT FOUR: (18 U.S.C. §§ 1030(a)(5)(A)(i) & 1030(a)(5)(B)(i), 1030(b) & 1030(c)(4)(A) – Intentionally Causing Damage to a ProtectedComputer)

14. Paragraphs One through Seven are hereby realleged and incorporated by reference as if set forth in full herein.

15. Between on or about May 19, 2004, and May 20, 2004, in the Northern District of California and elsewhere, the defendant

PHILIP GABRIEL PETTERSSON,
aka "STAKKATO,"

did knowingly cause, and attempt to cause, the transmission of a program, information, code, and command to the computer system and network of the NASA NAS Supercomputer and NASA Ames, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, and that damage caused loss resulting from a related course of conduct affecting one or more other protected computers aggregating at least $5,000 in value, and loss to

1  one or more persons during any one-year period, all in violation of Title 18, United States Code,
2  Sections 1030(a)(5)(A)(i), 1030(a)(5)(B)(i), 1030(b), and 1030(c)(4)(A).
3  <u>COUNT FIVE</u>:    (18 U.S.C. §§ 1030(a)(5)(A)(i) & 1030(a)(5)(B)(i), 1030(b) &
4  1030(c)(4)(A) – Intentionally Causing Damage to a Protected Computer)

5  16.  Paragraphs One through Seven are hereby realleged and incorporated by reference
6  as if set forth in full herein.
7  17.  On or about October 22, 2004, in the Northern District of California and
8  elsewhere, the defendant

PHILIP GABRIEL PETTERSSON,
aka "STAKKATO,"

did knowingly cause, and attempt to cause, the transmission of a program, information, code, and command to the computer system and network of NASA NAS Supercomputer, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, and that damage caused loss resulting from a related course of conduct affecting one or more other protected computers aggregating at least $5,000 in value, and loss to one or more persons during any one-year period, all in violation of Title 18, United States Code, Sections 1030(a)(5)(A)(i), 1030(a)(5)(B)(i), 1030(b), and 1030(c)(4)(A).

DATED: May 5, 2009

A TRUE BILL.

_[signature]_
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_[signature]_
MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: _[signature]_ )
AUSA MARK L. KROTOSKI

Indictment
[United States v. Philip Gabriel Pettersson]                 5

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

Counts 1, 4, & 5 - 18 U.S.C. §§1030(a)(5)(A)(i) and 1030(a)(5)(B)(i), 1030(b) & 1030(c)(4)(A) - Intentionally Causing Damage to a Protected Computer and Attempt;

Counts 2 & 3 - 18 U.S.C. §§ 1832(a)(2), 1832(a)(4) - Theft of Trade Secrets and Attempted Theft of Trade Secrets

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Counts 1 through 5: 10 years Imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN JOSE DIVISION

---- DEFENDANT - U.S ----

▶ PHILLIP GABRIEL PETTERSSON, aka "STAKKATO"

DISTRICT COURT NUMBER
**CR 09 0471 RMW RS**

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Special Agent Mike Harrington, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSPEH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Mark Krostoki

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                   Before Judge:

Comments: