*E-FILED - 3/4/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0471-RMW |
| Plaintiff, | ) | |
| | ) | [xxxxxxxxxx ORDER |
| v. | ) | |
| PHILIP GABRIEL PETTERSSON, aka "STAKKATO," | ) | (San Jose Venue) |
| Defendant. | ) | |

Leave of Court having been granted to the government to dismiss that indictment, **IT IS HEREBY ORDERED** that the captioned indictment is dismissed without prejudice.

Date: xxxxxxxx March 4, 2010

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

NOTICE OF DISMISSAL
AND ORDER
CR 09-0471-RMW                                    4